FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -3 AM 11: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**HENRY J. MARMON,**

    Defendant.

Case No.: 00-20057 D

---

### ORDER

---

On the docket is the Motion of Writ of Garnishment filed September 7, 2004 (Docket No. 29). It appears to the court from public records that Defendant Henry J. Marmon is now deceased. Accordingly, the motion is DENIED as moot.

**IT IS SO ORDERED** this _2nd_ day of _August_, 2005.

                BERNICE BOUIE DONALD
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:00-CR-20057 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Monica M. Simmons
U.S. ATTORNEY'S OFFICE
200 Jefferson
Suite 811
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT